**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
EMUNA KORENBILT, et al.,

                    Plaintiffs,

    -against-                                     25 **CIVIL** 4288 (JPC)

# JUDGMENT

UNITED AIRLINES, INC. and JOHN DOE,

                    Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 23, 2026, Defendants' motion to dismiss the Amended Complaint is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    April 24, 2026

                                   **TAMMI M. HELLWIG**

                                      **Clerk of Court**

               **BY:** _____

                                      **Deputy Clerk**